UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-731-DMG (DFMx)** | Date | April 14, 2025 |
|---|---|---|---|
| Title | *Amy Doucette, et al. v. Kia America Inc., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY DEFENDANTS KIA CORPORATION AND HYUNDAI MOTOR COMPANY SHOULD NOT BE DISMISSED FOR LACK OF SERVICE**

Plaintiffs have not filed proofs of service for Defendants KIA Corporation, formerly known as KIA Motors Corporation ("KC") and Hyundai Motor Company ("HMC"). *See* Doc. # 47 at n.1. Defendants KC and HMC were first named in the original Complaint, filed April 3, 2024, more than a year ago. [Doc. # 1.] Defendant KC is a South Korean corporation with its headquarters located in Seoul, South Korea, and is the parent corporation of Defendant KIA Motors America, Inc. Compl. at ¶ 61. HMC is a South Korean Corporation with its headquarters located in Seoul, South Korea, and is the parent company of Defendant Hyundai Motor America. *Id.* at ¶ 67. South Korea, officially the Republic of Korea, is a signatory to the Hague Convention.[1] Since KC and HMC are foreign corporations in South Korea, Rule 4(f) and the Hague Convention govern service. *See Volkswagenwerk Aktiengesellschaft v. Schlunk*, 486 U.S. 694 (1988); *Brockmeyer v. May*, 383 F.3d 798 (9th Cir. 2004); Fed. R. Civ. P. 4(f).

Plaintiffs are **ORDERED TO SHOW CAUSE** why Defendants KC and HMC should not be dismissed due to Plaintiffs' failure to serve under Rule 4(f) and the Hague Convention. If Plaintiffs do not file a written response by **April 29, 2025** demonstrating good cause for the failure to effectuate timely service of process, Defendants KC and HMC shall be dismissed without prejudice.

**IT IS SO ORDERED**.

---

[1] For a listing of signatories to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil Matters, *see* https://www.hcch.net/en/instruments/conventions/status-table/?cid=17.